UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:
WALLS, TYRUSE, and               Case No. 08-71771-WSD
WALLS, TINA,                     Chapter 7
                                 Hon. Walter Shapero

_____Debtors._____/

## TRUSTEE'S REPORT OF UNDISCLOSED ASSETS

Pursuant to E.D. Mich. LBR 2015, the trustee hereby reports that the trustee discovered the following assets after the Debtors testified at the meeting of creditors that the schedules are accurate:

Stream of monthly rent payments from tenant at Debtor's real estate at 8561 Liverpool, Ypsilanti, Michigan 48198.

The debtors have not indicated that they will file amendments.

This report is for informational purposes only. No response is permitted.

/s/Timothy J. Miller, Trustee
Timothy J. Miller (P36951)
645 Griswold, Ste. 3900
Detroit, MI 48226
(313) 237-0850
tmiller@schneidermiller.com

Date: March 9, 2009