## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

| **In Re:**<br>WALLS, TYRUSE EUGENE<br>WALLS, TINA MARIE<br><br><br>**Debtor(s)** | **Case No.** 08-71771<br>**Chapter** 7 -- Liquidation<br>**Judge** WALTER SHAPERO.DETROIT<br><br>**Trustee** Timothy J. Miller |
|---|---|

### INTERIM REPORT OF TRUSTEE

1. For the period ending March 9, 2009

2. Date of section 341A meeting:     02/11/09     341A continued date:
   Date of appointment accepted:

3. Funds on hand (from the Estate Cash Receipts and Disbursements Record – Form 2)

   | | | | |
   |---|---:|---|---:|
   | Total receipts | 3,441.00 | Checking | 0.00 |
   | Total disbursements | 0.00 | Money Market | 3,441.00 |
   | | | Investment | 0.00 |
   | | | **Total** | **$3,441.00** |

   The amount of the Trustee's bond is: Blanket Bond $2,000,000.00
   which is sufficient to cover the assets listed.

4. The value of assets remaining to be liquidated:     **$110,000.00**
   (from Individual Estate Property Record – Form 1, total of column 6)

   Assets for which insurance coverage has been obtained: **(None)**

5. Projected total value to be realized (total of 3 + 4):     **$113,441.00**

6. Major activities during the reporting period not reflected in the
   Individual Estate Property Record and Form 2:

   Next Activity:     Rent collection activity ongoing for 8561 Liverpool Street property

7. Projected date of final report:     **03/09/11**

Trustee's Signature:     /s/Timothy J. Miller, Trustee
                             Timothy J. Miller, Trustee (P36951)
                             645 Griswold, Suite 3900
                             Detroit, MI 48226
                             (313) 237-0850
                             tmiller@schneidermiller.com

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 08-71771 SW  
Case Name: WALLS, TYRUSE EUGENE  
　　　　　　WALLS, TINA MARIE  
Period Ending: 03/09/09

Trustee: (420470) Timothy J. Miller  
Filed (f) or Converted (c): 12/31/08 (f)  
§341(a) Meeting Date: 02/11/09  
Claims Bar Date: 06/08/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 6649 Lakeway, Ypsilanti, Mi 48197, Single Family | 260,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 8561 Liverpool, Ypsilanti, MI 48198, Single Fami (See Footnote) | 110,000.00 | 0.00 | | 0.00 | 110,000.00 |
| 3 | 5680 Justin Ct., Ypsilanti, Mi 48197, Single Fam | 200,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | On Deposit TCF, Chase | 2,500.00 | 2,500.00 | DA | 0.00 | FA |
| 5 | Misc. Household Goods In Debtors' Possession | 11,500.00 | 11,500.00 | DA | 0.00 | FA |
| 6 | Misc. Personal Effects In Debtors' Possession | 8,500.00 | 8,500.00 | DA | 0.00 | FA |
| 7 | Term life Primerica Ins. | 1.00 | 1.00 | DA | 0.00 | FA |
| 8 | Group term life County of Washtenaw | 1.00 | 1.00 | DA | 0.00 | FA |
| 9 | Group Term Life Audatex | 1.00 | 1.00 | DA | 0.00 | FA |
| 10 | Group Disability County of Washtenaw | 1.00 | 1.00 | DA | 0.00 | FA |
| 11 | Group Disability Audatex | 1.00 | 1.00 | DA | 0.00 | FA |
| 12 | Pension Plan County of Washtenaw | 25,000.00 | 25,000.00 | DA | 0.00 | FA |
| 13 | 2009 Toyota Camry In Debtors' Possession | 25,000.00 | 25,000.00 | DA | 0.00 | FA |
| 14 | 2007 Dodge Caliber In Debtors' Possession | 10,000.00 | 10,000.00 | DA | 0.00 | FA |
| 15 | Income Tax Refund Est. | 6,000.00 | 6,000.00 | DA | 0.00 | FA |
| 16 | Rent from 8561 Liverpool property (u) | Unknown | N/A | | 3,441.00 | Unknown |
| 16 | Assets　　Totals (Excluding unknown values) | $658,505.00 | $88,505.00 | | $3,441.00 | $110,000.00 |

RE PROP# 2　　Trustee may sell property.

Major Activities Affecting Case Closing:

　　Rent collection activity ongoing for 8561 Liverpool Street property

Initial Projected Date Of Final Report (TFR):　　March 9, 2011　　　　Current Projected Date Of Final Report (TFR):　　March 9, 2011

# Form 2

## Cash Receipts And Disbursements Record

Case Number: 08-71771 SW  
Case Name: WALLS, TYRUSE EUGENE  
WALLS, TINA MARIE  
Taxpayer ID #: REQUESTED  
Period Ending: 03/09/09  

Trustee: Timothy J. Miller (420470)  
Bank Name: JPMORGAN CHASE BANK, N.A.  
Account: ***-*****67-65 - Money Market Account  
Blanket Bond: $2,000,000.00 (per case limit)  
Separate Bond: N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/09/09 | {16} | Ann Arbor Housing Commission | Rent for 8561 Liverpool | 1222-000 | ! 1,077.00 | | 1,077.00 |
| 03/09/09 | {16} | Walls, Tyruse and Tina | Post petition rent collected by Debtors and forwarded to trustee | 1222-000 | ! 2,364.00 | | 3,441.00 |
| | | | ACCOUNT TOTALS | | 3,441.00 | 0.00 | $3,441.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 3,441.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $3,441.00 | $0.00 | |

Net Receipts: 3,441.00  
───────────  
Net Estate: $3,441.00  

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****67-65 | 3,441.00 | 0.00 | 3,441.00 |
| | $3,441.00 | $0.00 | $3,441.00 |

March 9, 2009  
_____  
Date  

/s/ Timothy J. Miller  
_____  
Timothy J. Miller