**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

In the Matter of:
WALLS, TYRUSE EUGENE
WALLS, TINA MARIE

WILLIAMS, TINA MARIE
           Debtor(s)       /

Case No. 08-71771
Chapter 7
Honorable WALTER SHAPERO.DETROIT

## CERTIFICATE OF DISTRIBUTION

Now comes Timothy J. Miller, trustee of the above-named estate, and hereby states the following:

1. That the trustee has fully administered this estate by either liquidating or abandoning all property of the estate.

2. That the trustee has collected $5,777.45, and disbursed $0.00, leaving a balance on hand of $5,777.45, which funds are lodged in an account in The Bank of New York Mellon;

3. That, of the funds on hand, the following distribution should be made:

Chapter 7 Admin. Expenses

| | | Amount Allowed | % Paid | Amount to be Paid |
|---|---|---|---|---|
| Schneider Miller, P.C. | Attorney for Trustee Fees (Trustee Firm) p/o7/2/10 | 2,100.00 | 100.00 | 2,100.00 |
| Timothy J. Miller | Trustee Expenses p/o7/2/10 | 85.00 | 100.00 | 85.00 |
| Timothy J. Miller | Trustee Compensation p/o7/2/10 | 1,327.75 | 100.00 | 1,327.75 |
| | Subtotals: | $ 3,512.75 | | $ 3,512.75 |

Unsecured Claims - Timely

| Claim # | Name | Amount Allowed | % Paid | Amount to be Paid |
|---|---|---|---|---|
| 1 | Ford Motor Credit Company LLC | 0.00 | 3.69 | 0.00 |
| 2 | PYOD LLC its successors and assigns as assignee of | 1,342.50 | 3.69 | 49.58 |
| 4 | Ypsilanti Area Federal Credit Union | 6,777.38 | 3.69 | 250.28 |
| 5 | Ypsilanti Area Federal Credit Union | 9,957.33 | 3.69 | 367.71 |

| # | Creditor | Amount | Rate | Paid |
|---|---|---|---|---|
| 7 | Recovery Management Systems Corporation | 1,983.95 | 3.69 | 73.26 |
| 8 | Great Lakes Ed. Loan service | 5,636.96 | 3.69 | 208.16 |
| 9 | Great Lakes Ed. Loan service | 23,574.75 | 3.69 | 870.58 |
| 10 | PYOD LLC its successors and assigns as assignee of | 1,884.61 | 3.69 | 69.60 |
| 11 | Recovery Management Systems Corporation | 1,846.73 | 3.69 | 68.20 |
| 12 | Recovery Management Systems Corporation | 2,868.77 | 3.69 | 105.94 |
| 13 | Sallie Mae | 5,453.51 | 3.69 | 201.39 |
| | Subtotals: | $ 61,326.49 | | $ 2,264.70 |
| | Unsecured Subtotals: | $ 61,326.49 | | $ 2,264.70 |
| | Total Paid: | | | $ 5,777.45 |

The undersigned trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his knowledge.

Date: July 6, 2010

/s/ Timothy J. Miller
Timothy J. Miller, Trustee
64541 Van Dyke, Suite 101B
Washington Township, MI 48095
(586) 281-3764
tmiller@schneidermiller.com